UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA FORTE CALLEGARI** | * | **CIVIL ACTION NO.** |
| | * | **2:16-CV-01750-CJB-JCW** |
| | * | |
| **Plaintiff,** | * | |
| | * | **DISTRICT JUDGE BARBIER** |
| | * | |
| **SCOTTRADE, INC., VOYA** | * | **MAGIS. JUDGE WILKINSON** |
| **FINANCIAL, et al** | * | |
| | * | |
| **Defendants.** | * | **ERISA ACTION** |
| | * | |

## AMENDED AND CORRECTED COMPLAINT

NOW INTO COURT, comes Donna Forte Callegari (hereafter referred to as "Plaintiff"), by and through undersigned counsel, who files this Amended and Corrected Complaint to add RYAN CALLEGARI as a Defendant and to redact all financial account information and social security numbers previously listed on the Original Complaint (R.Doc. 1) in accordance with Federal Rule of Civil Procedure, Rule 5.2.

## INTRODUCTION

1.

Plaintiff herein reasserts and incorporates all previously stated claims and allegations alleged in Paragraphs 1-34 and all paragraphs in Plaintiff's Prayer for Relief requested therein.

1

## ADDED DEFENDANT

2.

Plaintiff hereby makes reference to, incorporates and reasserts herein all allegations made in her Original Complaint against the previous named defendants and adds Ryan Callegari as a named Defendant under the *Parties* section of the Complaint.

3.

Ryan Callegari is an interested party in this case as he is the current named beneficiary of the Scottrade Accounts at issue in this instant suit and is the presumed named beneficiary of the Voya Accounts at issue in this instant suit.

4.

Ryan Callegari is domiciled in Jefferson Parish, State of Louisiana.

5.

The addition of Ryan Callegari will not be in conflict with any allegation or summary statement of Plaintiff's Original Complaint.

## CORRECTED PARAGRAPHS REDACTING INFORMATION

6.

Plaintiff corrects and amends Paragraph 11 of the Complaint to now read as follows:

"11

"During their marriage, Arthur Callegari designated Plaintiff as the beneficiary on several pension and retirement accounts held by the Defendants. These retirement accounts at issues consist of: (1) an individual retirement account held by Scottrade, and

(2) a Group Employer Retirement Plan for the Archdiocese of New Orleans held by Voya."

7.

Plaintiff corrects and amends Paragraph 11 of the Complaint to now read as follows:

"32

"On December 18, 2016 Plaintiff, through undersigned Counsel, requested in writing that Scottrade, as the administrator remit the balance of the Scottrade Account in question, as well as provide all other relevant documents pertaining to the Account (Exhibit F)."

## PRAYER

WHEREFORE, Plaintiffs respectfully request this Honorable Court grant all appropriate relief, including but not limited to:

1. A judgment awarding Plaintiff all owed and determined benefits under the retirement plans held by the Defendants.

2. A declaration clarifying Plaintiff's rights under the terms of the ERISA retirement plans held by Defendants, including an order for payment/distribution to Plaintiff.

3. An award of award of attorney fees and costs pursuant to 29 USC §1132(g).

4. Any and all appropriate civil penalties under 29 U.S.C § 1132(c)(1).

5. All other penalties for arbitrary denial of Plaintiff's claim.

6. All penalties for mental and financial distress caused to Plaintiff.

7. All further and other relief, which Plaintiff may justly be entitled to

Date March 16, 2016

Respectfully submitted,

MORRISON & MORRISON, PLC


BY: /s/ Zachary J. Delerno
Zachary J. Delerno, T.A.
Louisiana State Bar Roll Number: 35749
Morrison & Morrison, PLC
209-A Canal Street
Metairie, LA, 70005
Telephone (504)-831-2348
Facsimile: (504)-831-2380
Email: Zack@morrisonlawplc.com


BY: /s/ Ronald W. Morrison, Jr.
Ronald W. Morrison, Jr.
Louisiana State Bar Roll Number 29357
Morrison & Morrison, PLC
209-A Canal Street
Metairie, LA, 70005
Telephone: (504)-831-2348
Facsimile: (504)-831-2380
Email: Chip@morrisonlawplc.com

**COUNSEL FOR PLAINTIFF,**
**DONNA CALLEGARI**

### CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March 2016, a copy of the Corrected and Amended Complaint was mailed electronically to all parties and counsel of record and was filed on April 4, 2016 as an attachment with the Court's ECF/CM system, which will provide notice to all counsel of record.

/s/ Zachary J. Delerno
Zachary J. Delerno